FILED
08 JUL 25 PM 2:53
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                    DEPUTY

1  MELINDA S. RIECHERT, State Bar No. 65504
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA 94306-2212
   Tel: 650.843.4000
4  Fax: 650.843.4001
   Email: mriechert@morganlewis.com
5
   ROBERT J. HUDOCK, State Bar No. 208633
6  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
7  Twenty-Second Floor
   Los Angeles, CA 90071-3132
8  Tel: 213.612.2500
   Fax: 213.612.2501
9  Email: rhudock@morganlewis.com

10 Attorneys for Defendant
   ARAMARK Healthcare Support Services, LLC
11 (erroneously sued as ARAMARK Corporation)

12
                UNITED STATES DISTRICT COURT
13
               SOUTHERN DISTRICT OF CALIFORNIA
14

15
   TINA M. PICKETT,                    Case No. 08 CV 1346 JM RBB
16
              Plaintiff,               NOTICE OF PARTIES WITH FINANCIAL
17                                     INTEREST
         vs.
18
   ARAMARK CORPORATION, a
19 Delaware Corporation, and DOES 1-20,
   inclusive,
20
              Defendants.
21

22
   TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE
23
   SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF TINA M. PICKETT AND
24
   HER ATTORNEYS OF RECORD:
25
         Pursuant to Federal Rules of Civil Procedure, rule 7.1 and Southern District Local Rules,
26
   rule 40.2, the undersigned counsel of record for Defendant ARAMARK Healthcare Support
27
   Services, LLC (erroneously sued as ARAMARK Corporation) represents that ARAMARK
28

ORIGINAL

Healthcare Support Services, LLC is wholly owned by ARAMARK Corporation, a Delaware corporation. ARAMARK Intermediate Holdco Corporation owns 100 percent of ARAMARK Corporation. ARAMARK Holdings Corporation owns 100 percent of ARAMARK Intermediate Holdco Corporation. The following entities own an equity interest of 10 percent or more in ARAMARK Holdings Corporation:

    a. investment funds associated with GS Capital Partners;

    b. investment funds associated with J.P. Morgan Partners;

    c. investment funds associated with CCMP Capital Investors;

    d. investment funds associated with Thomas H. Lee Partners; and

    e. investment funds associated with Warburg Pincus LLC.

Dated: July 25, 2008

MORGAN, LEWIS & BOCKIUS LLP
MELINDA S. RIECHERT
ROBERT J. HUDOCK

By _____
Robert J. Hudock
Attorneys for Defendant
ARAMARK Healthcare
Support Services, LLC