## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PICKETT v. ARAMARK CORP.                        Case No. 08cv1346 JM(RBB)
                                                **Time Spent: 1 hr. 20 mins.**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys
         Plaintiffs                              Defendants

Michael A. Conger (present)           Melinda Riechert (present)


PROCEEDINGS:   x   In Chambers    ___ In Court    ___ Telephonic

An early neutral evaluation conference and case management conference were held.

A settlement conference is set for November 10, 2008, at 1:30 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement <u>and</u> a claims adjuster, if appropriate.**


DATE: August 27, 2008         IT IS SO ORDERED:   *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc: Judge Miller                                  INITIALS: VL (mg/irc) Deputy
    All Parties of Record